NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES LINLOR, | No. 18-17206 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-00096-MMD-CBC |
| v. | |
| WILLIAM WHETSELL, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Miranda M. Du, District Judge, Presiding

Submitted August 19, 2019**

Before:    SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

James Linlor appeals pro se from the district court's judgment dismissing his

action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of*

*Narcotics*, 403 U.S. 388 (1971), against a Transportation Security Administration

supervisor for failure to collect and preserve evidence of an excessive force

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

incident.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.

*Ochoa v. J.B. Martin & Sons Farms, Inc.*, 287 F.3d 1182, 1187 (9th Cir. 2002).

We affirm.

The district court properly dismissed Linlor's action because Linlor failed to

allege facts sufficient to establish personal jurisdiction over defendant Whetsell.

*See Walden v. Fiore*, 571 U.S. 277, 283-86 (2014) (discussing the requirements for

specific personal jurisdiction and explaining that "the plaintiff cannot be the only

link between the defendant and the forum"); *Schwarzenegger v. Fred Martin*

*Motor Co.*, 374 F.3d 797, 801 (9th Cir. 2004) (requirements for general personal

jurisdiction); *see also Gilbert v. DaGrossa*, 756 F.2d 1455, 1460 (9th Cir. 1985)

(28 U.S.C. § 1391(e) "does not apply to actions for money damages brought

against federal officials in their individual capacities").

Linlor's requests for publication and transfer to the Eastern District of

Virginia, set forth in the reply brief, are denied.

**AFFIRMED.**